**E-FILED**
Friday, 04 September, 2015   11:10:00 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Darryl Williams ,                    )
                                     )
             Plaintiff               )
                                     )
        vs.                          )         Case No. 14-cv-3248
                                     )         (The case number will be assigned by the clerk)
Lieutenant Law                       )
Sgt. Miller                          )
John Doe #1                          )
John Doe #2                          )
John Doe #3                          )
John Doe #4                          )
John Doe #5                          )
_____ ,            )
                                     )
                                     )
             Defendant(s)            )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Darryl Williams

Prison Identification Number: R04285

Current address: 2500 Rt 99 South

MT. Sterling, IL 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Bryon Law.

Current Job Title: Lieutenant

Current Work Address 2500 Rt 99 South

MT. Sterling IL 62353

Defendant #2:

Full Name: Miller

Current Job Title: Sgt ) Sergeant

Current Work Address IDOC

Defendant #3:

Full Name: Jaffen Doe

2

Current Job Title: _tactical unit_

Current Work Address _IDOC_

**Defendant #4:**

Full Name: _John Doe_

Current Job Title: _tactical unit_

Current Work Address _IDOC_

**Defendant #5:**

Full Name: _John Doe_

Current Job Title: _tactical unit_

Current Work Address: _IDOC_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal _in forma pauperis_ in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes  ☐              No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐         No  ☒

3

Defendant # 6

Full Name: John Doe
Current Job title: tactical unit
Current work address: unknown

Defendant # 7

Full Name: John Doe
Current Job title: tactical unit
Current work address: unknown

C. If your answer to B is yes, how many? _____ N/A Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

_____ N/A _____

2. Basic claim made _____ N/A _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____ N/A _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑   No ☐

If your answer is no, explain why not _____ N/A _____
_____ N/A _____

C. Is the grievance process completed?   Yes ☑   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Western Correctional Center_

Date(s) of the occurrence _April 17, 2014_

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On April 17 2014 in the estimated hours of 11:45am and 12:00pm. The tactical unit in orange suits entered The housing unit 2 Wing C to perform A Routine shake down of the entire Housing unit including myself Inmate Darryl Williams #R04285, were excorted to the Western Illinois Facility gymnasium, In which we were commanded to stand and look at the wall while Handcuffed behind our Back we kept that position for around 2 Hours, we were then ordered to march Back to the Housing unit with our Heads down. As the Marching Line approached the Housing unit 2 entrance. I Darryl williams #R04285 complied with all orders and commands that were given By the tactical unit, But I Darryl Williams #R04285 was suddenly pulled out of the Line By my Neck and Head area by Several tactical units in orange suits and Rammed into the gate which caused other tactical units to attack me, Two tactical units in orange suits continued to Hold my Neck and Head area pushing

5

My Head down wards in a Dipping Motion. Till My Head almost Reached My Knees, Simultaniously, 2 other tactical units officers while I Darryl williams #R04285 was still Handcuffed, one grabbed My Left arm and the other one grabbed My Right arm, both lifting My arms upwards As far enough to cause me to suffer arm and wrist injuries. I Darryl williams #R04285 then Screamed "My arm." Then several tactical units officers yelled "Shut up" in which caused tactical units in orange suits to poke me in the Back using extreme force. After Receiving pokes in the Back with the tactical units Baton, I Darryl williams #R04285 was ordered to spin around while 2 tactical units in orange suits continued to hold My Neck and Head area down, while 2 other tactical units in orange suits Held My arms upwards, walking me Darryl Williams #R04285 Back wards towards the wing c and then I was forcely Shoved Back to cell 39.

My calm is towards the tactical unit Because of the extreme, excessive force used against me unnecessary and Brutal, Violating my 8th Amndment. Right Concerning cruel and unusual punishment. Because of the forceful Actions used By the tactical unit My Hand was severely Swollen, acompanied By excruciating Back pain, Medical attention was given after I Darryl williams #R04285 Requested it. I was seen By Medical staff Here at western Illinois CC. on April 17, 2014 For Hand and Back

6

Injuries. On April 19 2014, I Darryl Williams #R04285 was sent out to an outside Hospital for X Rays on my Hand Because of severe swelling of the Hand, while my Neck Injuries are still under Medical Observation. On April 21, 2014, I Darryl Williams #R04285 was attended By Medical Staff in western Illinois C.C. I continue to Be under medical care and Observation for Hand and Back injuries. The tactical unit Directly Violated my constitutional Right to cruel and unusual punishment using unnecessary excessive Force. It is clear that the tactical unit over stepped their tactics causing me severe pain and injuries. It is specially clear Because no Incident Report was Documented By the tactical unit As A Form of misconduct on my Behave. It is procedure to Report any misconduct performed By Inmates. In this case It is clear and obvious that I Darryl Williams #R04285 did nothing to deserve such Brutal treatment By the tactical unit, Because of this combined with the The suffering, pain, distress along with physical and mental depression. The Requested Relief should Be granted

unidentify officer was later identify As Sergeant Miller By witnesses see Affidavit in Exhibits   Plaintiff moves to add sgt Miller replacing John Doe #2 to sgt. Miller

## RELIEF REQUESTED

(State what relief you want from the court.)

The plaintiff Humbly Request, that this Honorable Court will first allow me to proceed In A Forma pauperis in the proceeding, Find that the plaintiff Has articulated an arguable Eight amendment claim cruel and unusual punishment plaintiff seeking $ 250.000 ⁰⁰ pain and Suffering plaintiff seeking $ 150.000 ⁰⁰ Emotional Distress plaintiff seeking $ 150.000 ⁰⁰

JURY DEMAND          Yes ☒          No ☐

Signed this _____8_____ day of _____August_____, 20_14_.

_Daryl Williams_

( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Darryl Williams | R04285 |
| Address: 2500 Rout 99 South | Telephone Number: |
| Mt. Sterling TIL 62353 | — N/A — |

Exibit B

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-7-19 | Offender: (Please Print) DARRYL WILLIAMS | | ID#: R04385 |
|---|---|---|---|
| Present Facility: WESTERN ILLINOIS CC | | Facility where grievance issue occurred: WESTERN ILLINOIS CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON APRIL 17, 2014 IN THE ESTIMATED HOURS OF 11:45 AM AND 12:05PM, THE TACTICAL UNIT IN ORANGE SUITS ENTERED THE HOUSING UNIT 2 LIVING 1 TO PERFORM A ROUTINE SHAKEDOWN, THE ENTIRE HOUSING UNIT INCLUDING MYSELF INMATE DARRYL WILLIAMS #R04385 WERE ESCORTED TO THE WESTERN ILLINOIS FACILITY GYMNASIUM, IN WHICH WE WERE COMMANDED TO STAND AND LOOK AT THE WALL WHILE HAND CUFFED, WE KEPT THAT POSITION FOR AROUND 2 HOURS, WE WERE THEN ORDERED TO MARCH BACK TO THE HOUSING UNIT WITH OUR HEADS DOWN, AS THE MARCHING LINE APPROACHED THE HOUSING UNIT 2 ENTRANCE, I DARRYL WILLIAMS #R04385 COMPLIED WILL ALL ORDERS AND COMMANDS THAT WERE GIVEN BY THE TACTICAL UNIT, BUT I DARRYL WILLIAMS #R04385 WAS SUDDENLY PULLED OUT OF THE LINE BY MY NECK AND HEAD AREA BY SEVERAL TACTICAL UNITS IN ORANGE SUITS AND SLAMMED IN TO THE GATE, WHICH CAUSED OTHER TACTICAL UNITS TO ATTACK ME, THE TACTICAL UNITS IN ORANGE SUITS'

**Relief Requested:** I REQUEST DISCIPLINARY ACTION AGAINTS THE TACTICAL UNITS SUPERVISOR LT. LAW AND OTHER TACTICAL UNITS OFFICERS WHICH IDENTIFICATION WAS WITHHELD

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Darryl Willis                    R04385        5-7-14
Offender's Signature          ID#          Date

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes: expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____          ____/____/____
Chief Administrative Officer's Signature          Date

C.C. File

Continued to hold my neck and head area, pushing my head downwards in a dipping motion till my head almost reached my knees, simultaneously, 2 other tactical units officers while I Darryl Williams #R04285, was still handcuffed, one grabbed my left arm and the other one grabbed my right arm, both lifting my arm upwards as far enough to cause me to suffer arm and wrist injuries. I Darryl Williams R04285 then screamed "my arm", then several tactical units in orange suits yelled "shut up" in which caused tactical units in orange suits to poke me in the back using extreme force. After receiving pokes in the back with the medieval wits baton, I Darryl Williams #R04285 was then ordered to spin around while 2 tactical units in orange suits continued to hold my neck and head area down, while 2 other tactical units in orange suits hold my arms upwards, walking me Darryl Williams #R04285 backwards towards the wing C and then I was forcibly shoved back to cell 37.

My grievance is towards the tactical unit because of the extreme excessive force used against me unnecessary and brutal, violating my 8th amendment right concerning cruel and unusual punishment because of the forceful actions used by the tactical unit, my hand was severely swollen, accompanied by excruciating back pain. Medical attention was given after I Darryl Williams #R04285 requested it. I was seen by medical staff here at Western Illinois C.C. on April 17, 2014, for hand and back injuries. On April 19, 2014, I Darryl Williams #R04285 was sent out to an outside hospital for xrays on my hand because of severe swelling of the hand, while my back injuries are still under medical observation. On April 21, 2014 I Darryl Williams #R04285 was attended by medical staff in Western Illinois C.C. I continued to be under medical care an observation for hand and back injuries.

The tactical unit directly violated my constitutional right to cruel and unusual punishment, using unnecessary excessive force. It is clear that the tactical unit overstepped their tactics causing me severe pain and injuries. It is specially clear because no incident report was documented by the tactical unit as a form of misconduct on my behalf. It is procedure to report any misconduct performed by inmates. In this case it is clear and obvious that I Darryl Williams #R04285 did nothing to deserve such brutal mistreatment by the tactical unit, because of this combined with the suffering, pain, distress, along with physical and mental depression, the requested relief should be granted.

C. C 58.

*Exhibits A*

**\*BEGIN USING FROM BOTTOM UP**

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
- ☐ May Substitute _____ M.D.
- ☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417      Noted by: _____ Date: _____

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
- ☐ May Substitute _____ M.D.
- ☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417      Noted by: _____ Date: _____

---

2C37
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Williams, Darryl_ Reg. # _R04285_ Date: _4/21/14_

Problem _Discomfort / Contusion (R) forearm and (L) Back areas_

ORDER: (Physician's Signature After Last Order)

_Ibuprofen 200 mg ī̄ PO TID PRN X 30 days_

DEA/Illinois Lic. # _R mills APRN BC_ Physician (Print) _R Mills APRN BC_
- ☐ May Substitute _____ M.D.
- ☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417      Noted by: _C Thompson_ Date: _4-21-14_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: _Williams_   First Name: _Darryl_   MI: ___   ID#: _R04285_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-21-14<br><br>920 AM | NP SICK CALL<br>WT ___ BP 142/97 P 68 R 16<br>84<br>S) 32 year old Black male presents for post medical furlough. Went out on furlough 4-19-14 after complaint of Right forearm swelling, pain, numbness, weakness and returned ē diagnosis of Contusion. Inmate alledges that on the 17th when held in gym cuffs he was pulled from the line and a officer pulled his arm on each side while he was cuffed and another hit him in low back.<br><br>O) A+o x 3<br>NAD<br>well appearing<br>Ace to right forearm.<br>Ace removed ē n mildly puffy at thenar, fingers, and forearm radial and ulner pulse strong. Passively moves wrist Reluctant to perform active Rom Tender to palpation center lumbar area.<br>No gross deformity or dislocation on entire back area.<br>Gait steady posture straight<br><br>A) Contusion R forearm and lowback | P/u med furlough<br>R arm injury<br><br>P)<br>1) Followed up post furlough from 4-19-14 ✓<br><br>2) Ibuprofen 200 mg " 200 TID PRN X 30 days<br><br>3) Continue Elevation R forearm PRN ✓<br><br>4) Continue ACE wrap R forearm 30 days<br><br>5) Do not lift > 20 lbs X 30 days<br><br>6) Low bunk X 30 days only<br><br>7) Recommend gentle range of motion Right hand / wrist / If lack of progressive Improvement RTC<br><br>R Mill APRN BC |

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

| Transferring Facility: | Offender Information: | |
|---|---|---|
| WICC _____ Center | Williams _____ Darryl _____ _____ | ID#: RC4285 |
| | Last Name        First Name        MI | |

Date: 4 / 19 / 14   Time: 9:30   ☑ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA                                    Food Handler Approved: UD

Current / Acute Conditions / Problems: ① arm pain

Chronic Conditions / Problems: _____

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Ibu 200mg - 2 ×D PRN

Chronic Long-term: _____

Chronic Psychotropic: _____

Current Treatments: ∅

Therapeutic Diets: Reg

Follow-Up Care: Routine

Chronic Clinics: ∅

Specialty Referrals: ∅

Significant Medical History: ① arm injury R/b ×

Physical Disabilities / Limitations: Unable to make fist ① hand

Assistive Devices / Prosthetics: Ace Wrap        ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __/__/__  ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol  ☐ Drugs

R & C Use Only:  ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____   ☐ Packet Complete

| J. Johnson, LPN | _____ | 4 / 19 / 14 |
|---|---|---|
| Print Name and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____   Date: __/__/__   Time: ____ ☐ a.m. ☐ p.m.

Subjective:  Assessment: ① wrist sprain
Current Complaint: Rt wrist + RT arm pain

Current Medications/Treatment: Ace Wrap

Objective:

Physical Appearance/Behavior: ① small fx tenderness with HT tender ① + ② m

Deformities: Acute/Chronic: _____

T: 98   P: 76   R: 18   B/P: 139/54

Plan: Disposition:
☐ Health Information Given        ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify):
☐ Infirmary Placement: _____
☐ Other (specify): _____

| T. ____ , MD | _____ | 4 / 19 / 14 |
|---|---|---|
| Print Name and Title | Signature | Date |

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| _____ | _____ | ____ ☐ a.m. ☐ p.m. |
|---|---|---|
| Offenders Signature | Date | Time |

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev.11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Injury Report

Offender Name: _Williams Darryl_ ID#: _RD4285_

Age: _32_ Date of Birth: _1 16 81_ Sex: _M_ Race: _B_

Date of Injury: _4 17 14_ Time of Injury: _2_ ☐am ☒pm Location: _Gym_

How did the injury occur?

_IM reports injury occurred while being cuffed_

Was it witnessed by staff? ☒No ☐ Yes (if yes, please list names)

Location in facility:

☐ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☐ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☐ Other _____

Type of Injury:

☐ Sports

☐ Assault

☐ Job Related

☐ Non-job Related

☐ Self-inflicted

☐ Fight

_Nwenou RN_
_____ Signature

_____ Title

Date _4 17 14_

**(Medical Report on Reverse Side)**

Side 1

Offender Name: _Williams Darryl_ ID#: _R04285_

Date of medical examination: _4/17/14_ Time: _630_ ☐ am ☒ pm  Physician Contacted: ☐ Yes ☒ No

S (Subjective Findings): _IM reports @ arm, wrist, hand were hurt while he was cuffed_

O (Objective Findings): _@ hand swollen, unable to grasp, pulses present_

Vitals: T _97.9_ P _66_ R _20_ BP _140/92_ Tetanus _N/A_

A (Evaluation of Injury): _Limited Movement to hand Swelling_

P (Treatment and Follow-up): _IBU 800 mg Ti AM  V.O. Dr R NPSC 4/18/14_

Disposition of patient:
☐ Return to assignment  ☒ Housing Unit  ☐ Lay in  ☐ Infirmary  ☐ Segregation
☐ Off-site referral for treatment (Destination) _____

_N Wenger RN_
Print Name Person Completing Form _____ Signature

Title _____ Date _4/17/14_

## To Be Completed By Physician

I have reviewed this report and would like to see this offender: ☐ Immediately ☐ Next Sick Call ☒ PRN

_Thos Baker_
Print Physician Name _____ Physician's Signature _____ Date _4/21/14 Monday_

Side 2

Distribution:  Offender Medical File

Printed on Recycled Paper

DOC 0313 (Eff. 07/2006)
(Replaces DCA7111-1A1)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: Williams   First Name: Darryl   MI: _____   ID#: R04255

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | ✗ Date: 2/4/14 11AM   Site: LCA   Lot: C4511   Exp: 5/11/14   Signed: | |
| | ✗ Date/Time: 3/14 10.31A   Result:   Sig: | |
| | Clinic/ | |
| | | |
| | | |
| 4-19-14 | Nurse Note | P) Call to MD for inform |
| 0915 | I/m was scheduled to see most | of cond. |
| | on 4-18-14. Was not seen due to | T98⁴ P 72 R 18 BP ¹38/92 w+223 |
| | lockdown. Called to health | |
| | care to re-evaluate. s/k "my | |
| | R arm still hurts really bad. My | |
| | thumb, index et middle finger | |
| | are numb. I can't make | |
| | a fist." A+O×3. Skin w/o. | |
| | Carlin. R ↓ posterior arm | |
| | c̄ indentation. Unable to do | (con't next page) |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Williams                    Darryl                      R04255
Last Name                   First Name          MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| (4-19-14. Nurse Note Cont) | | (P) Ace Wrap |
| | fine Motor function to fingers | |
| | Unable to make fist. Can | |
| | Rotate arm back et forth. | |
| | limited ROM to Wrist ↑↓ | |
| | movements. Grimace on | |
| | face when area c intentens | |
| | palpated. Cap refills <3 sects. | |
| | Noulted a Radial pulse good | |
| | ® side. Grasp firm on (L) hand | |
| | but unable to grasp c ® hand. | |
| | Will call Dr. Baber to | |
| | inform of cond ———— dd | |
| 4-19-14 | Nurse Note | |
| 0930 | Call to Dr. Baber. Rec'd | |
| | order to send to Culbertson (cont next page) | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Williams                    Darryl                    R04285
Last Name                   First Name        MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|  | 4-18-14 Nurse Note (con't) | |
|  | Memorial hospital for | |
|  | evaluation. OK to go | |
|  | per state vehicle. —— JLol, re | |
| 4-19-14 | Nurse Note | |
| 10:05AM | I/m left c̄ security to | |
|  | be taken to CMH for eval. | |
|  | A&Ox3. Calm. Cooperative JLol, re | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |



**WEXFORD**

MEDICINE IN CORRECTIONS

*Receipt for Accountable Items*

OUTPATIENT CLINICAL GUIDELINES

### WEXFORD HEALTH SOURCES, INC.

### Receipt for Accountable Items

I hereby acknowledge receipt of this item(s): (Circle one)

| | | | |
|---|---|---|---|
| _____ | Glasses | _____ | Crutches |
| _____ | Orthotics/special shoes | _____ | Cotton blanket |
| _____ | Hearing aid | _____ | Cane |
| _____ | Wheelchair | _____ | Brace (specify) _____ |
| X | Ace bandage | _____ | Athletic support |
| _____ | Elastic stockings | _____ | Splint (specify) _____ |
| | | _____ | Other (specify) _____ |

Check which statement applies:

_____ I agree to take care of this item (s)_____
I understand that in the event of loss, misuse or abuse, I will not be issued another within a one-year period. If I am transferred or released from this facility, I will be allowed to take this item with me.

X I understand that I am temporarily being issued this item (specify _Ace wrap_ ) so that my medical treatment can continue. I agree to take care of this. I am being issued this item from _4 / 18 / 14_ to _5 / 3 / 14_. I understand that I must return this to the medical department upon request or end of treatment.

_____ I understand that I am being issued this item while I am incarcerated at this facility. I agree to take care of this item. Upon transfer or release, I will return _____ to the medical department.

___Tony Williams_____  ___4-19-14___
Inmate's Signature   DATE

___R04285___
Inmate's DC #

___R Bradshaw RN___   ___4-19-14___
Witness Signature and Stamp   DATE

09/06 – WEX 037

ILLINOIS DEPARTMENT OF CORRECTIONS
**SPECIAL NEEDS PLACEMENT**
WESTERN ILLINOIS CORRECTIONAL CENTER

MEMORANDUM

DATE: _____ 4-21-14 _____

TO: Shift Commanders (7-3, 3-11, 11-7)

FROM: Health Care Unit- Western Illinois Correctional Center

SUBJECT: SPECIAL NEEDS PLACEMENT

For medical reasons, Offender _____ Williams _____, Number _____ R04285 _____,

and housing unit _____ 2 C Wing _____ requires the following special needs:

| | Start Date | Stop Date |
|---|---|---|
| Low Bunk | 4-21-14 | 5-21-14 |
| Low Gallery | | |
| Slow Walk | | |
| Medically Unassigned | | |
| Special Job Assignment | | |
| Crutches | | |
| 4-prong cane | | |
| Other (Specify) | 4-21-14 | 5-21-14 |
| Do Not Lift 720 lbs x 30days | | |

_____ C Thompson
                              Nurse Signature

cc:  HCUA                    Housing Unit
     Placement               Nurses Station
     Medical Records (Original)   Offender

***OFFENDER MUST KEEP HIS COPY TO SHOW STAFF**

### WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: 4-19-14

TO: Record Office

FROM: Health Care Unit

SUBJECT: Emergency Medical Furlough

Offender Name: Williams, Darryl
Number: R04285
Birth date: 11-06-81
S.S. #

Scheduled for:
Date: 4-19-14
Hospital: CMH

TYPE OF FURLOUGH:
Same Day Return _____
Admission _____
Estimated Length of Stay _____
Emergency X

REASON FOR FURLOUGH:
Specialist Consult _____
EEG _____
Dental _____
Return Appointment _____
Post-Op Check _____
Surgery _____
Other X-ray X

MEDICAL ALERT:
Epileptic _____
Diabetic _____
Hypertensive _____
Cardiac _____
Allergy _____
Asthmatic _____
Other _____

MEDICATION NEEDED DURING FURLOUGH: _____

INFORMATION TO ACCOMPANY:
Consultation X
Health Status Summary X
Transfer Sheet X

X-ray Films _____
Laboratory Tests _____
Other _____

PRE-FURLOUGH PREPARATION AND/OR SPECIAL INSTRUCTIONS:
Security to bring information packet and inmate to HCU upon return to WIL.

_____
Health Care Unit Administrator

cc: HCUA
Medical Director
DON
Medical Record
Nurses Station
7-3 Shift Commander

WEXFORD
Medicine in Corrections

Certification of Service

Correctional Site Name:     Western Illinois Correctional Center

Inmate Name:  _Williams, Darryl_

Inmate Number:  _R 04285_          DOB:  _11-06-81_

Provider:  _CMH_

Service Provided:  Emergency

Date of Service:  _4-10-14_

Reference Number:  _____

If the service to be provided is significantly different than stated above, please call the Utilization Management Department at 1-877-WEX-AUTH (877-939-2884) and use prompt 5.

All invoices must have the reference number.   Send invoices to:

WEXFORD HEALTH SOURCES, INC.
ATTN:  CLAIMS DEPARTMENT
P.O. BOX 16218
PITTSBURGH, PA  15242

Invoices received without the reference number will result in delay of payment.   Please direct billing questions to 877-939-2884, prompt #1.  Only approved service with a valid reference number will be reimbursed.  Reimbursement is based on Wexford Health Sources' liability at the time of service.  Wexford is not considered a covered entity under HIPPA.

Any Diagnostic and therapeutic procedures to be performed must ultimately be approved by the Institutional Medical Directory and Corporate Utilization Review Board.  In order to minimize potential problems between the Inmates and the Department of Corrections,  do not discuss specific diagnostic or treatment plans with the Inmate.  Rather, discuss findings in general and then indicate that you will discuss the diagnostic and treatment plans with Institutional Medical Director and s/he will ensure the appropriate plan is carried out.

At no time are the Inmates to be told of a date for another appointment, or given paperwork, (This should be given to the Correctional Officer to return to the Correctional Facility Medical Records Department.)

5.

EXHIBIT C

STATE OF ILLINOIS )
                  )  ss.
COUNTY OF         )

## AFFIDAVIT

I, _Cymeon Gilbert_, being first duly sworn upon oath do hereby depose and state that the following statements are true and correct. I further state as follows:

I was housed in R-2-C-22 During a Routine Shakedown by the tactical team orange Crush. The entire C wing including myself was escorted to the W.I.C.C. Gymnasium In which we were ordered to stand looking face foward towards the wall. While hand cuffed behind our back for hours. On our way back to R2 Housing unit upon the entrance way I Cymeon Gilbert seen Sgt Miller pull Darryl Williams # R04285 out of the line By the back of his Neck area while Darryl Williams #R04285 was walking with his head down and shoved Darryl Williams # R04285 into the gate and thats when several other tactical team officers attack him. As I Cymeon Gilbert was walking into R2 Housing unit I heard Darryl Williams #R04285 holler like he was in serious pain. Everything I Cymeon Gilbert has Stated in this Affidavit is true out personal Knowledge of the facts set forth and I am competent to destiy and if call to destity.

SIGNED AND SWORN
BEFORE ME THIS 2
DAY OF July 2015

Michelle Olson

Cymeon Gilbert

OFFICIAL SEAL
MICHELE OLSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/02/18